# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**R.Q. WARD, K.M. MCDONALD, T.J. STINSON**
**Appellate Military Judges**

**UNITED STATES OF AMERICA**

**v.**

**TIMETHIAN T. GRIER**
**HOSPITAL CORPSMAN SECOND CLASS (E-5), U.S. NAVY**

**NMCCA 201300445**
**GENERAL COURT-MARTIAL**

**Sentence Adjudged**: 3 September 2013.
**Military Judge**: CAPT Robert B. Blazewick, JAGC, USN.
**Convening Authority**: Commander, Naval Region Southeast, Naval Air Station, Jacksoville, FL.
**Staff Judge Advocate's Recommendation**: LCDR N.O. Evans, JAGC, USN.
**For Appellant**: CAPT Stephen White, JAGC, USN.
**For Appellee**: Mr. Brian Keller, Esq.

**25 February 2014**

---------------------------------------------------------
## OPINION OF THE COURT
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).


For the Court


R.H. TROIDL
Clerk of Court